MINUTE ENTRY
OCTOBER 2, 2017
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| RODNEY P. GEMAR | SECTION: H |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/WITHOUT COUNSEL  _Bradley Egenberg_ (retained)
  _650 Poydras Suite 2525  N.O., LA 70130_
  X  ASSISTANT U.S. ATTORNEY  ANTONIO M. POZOS
  __  INTERPRETER  _____
  Designated by Court and sworn.    Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
   READ   WAIVED   (SUMMARIZED)

X  DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__ / REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__ / FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__ / DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 08

_/s/ Janis van Meerveld_

X BAIL SET AT  $50,000.00 personal surety bond; see attached for additional conditions of release

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X DEFENDANT RELEASED ON BOND

__/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/
   ARRAIGNMENT IS SET FOR _____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

__/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR
_____

__/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____

*[signature]*

DEFENDANT'S NAME: <u>RODNEY P. GEMAR</u>     CASE NO. <u>17-181 H</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

__X__ submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

____ continue to actively seeking employment

____ surrender any passport to _____

____ not obtain a passport or other international travel document

__X__ abide by the following restrictions: Continental U.S. ____ EDLA __X__ LA ____
Other <u>with allowance to Continental U.S. w/prior approval</u>

__X__ avoid all contact with victim/witness __X__ co–defendants __X__
Other _____

____ medical or psychiatric treatment if directed by Pretrial Services

__X__ not possess firearm, destructive device or other weapon

____ not use alcohol: at all _____ excessively _____

____ not use or unlawfully possess narcotic drug/controlled substances

____ submit to testing for a prohibited substance if required by Pretrial Services

____ participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

____ participate in location restriction program: _____ (i) Curfew
                                                    _____ (ii) Home Detention
                                                    _____ (iii) Home Incarceration

____ submit to location monitoring as directed by Pretrial Services

__X__ report every contact with law enforcement personnel to Pretrial Services

__X__ Other(s): <u>Refrain from acting in any capacity as a law enforcement officer; Return all law enforcement credentials, badges, uniforms, vehicles or other items that identify you as a law enforcement to your employer; Do not obtain any new employment as a law enforcement officer, correctional officer, or security officer</u>