MINUTE ENTRY
VAN MEERVELD, M.J.
OCTOBER 2, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 17-181 |
| RODNEY P. GEMAR | SECTION H |

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
                X  COUNSEL FOR DEFENDANT  Bradley Egenberg (retained)
                X  ASSISTANT U.S. ATTORNEY  ANTONIO M. POZOS
                ___ INTERPRETER _____ SWORN ___
                (TIME: ____.M to ____.M)

X / READING OF THE INDICTMENT: READ WAIVED SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__ / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__ / BAIL SET AT _____

__ / DEFENDANT RELEASED ON NEW BOND

__ / OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **NOVEMBER 16, 2017 AT 3:30 P.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

X / TRIAL: **DECEMBER 4, 2017 AT 8:30 A.M.**

**BEFORE UNITED STATES DISTRICT JUDGE JANE TRICHE MILAZZO**

MJSTAR: 00: 02

JvM