MINUTE ENTRY
OCTOBER 3, 2017
VAN MEERVELD, M.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD ALLEN SCOTT | SECTION: H |

### DETENTION HEARING

PRESENT: X/DEFENDANT

X/COUNSEL FOR THE DEFENDANT  Matthew Coman
909 Poydras St., 28th Floor, N.O., LA 70112

X/ASST. U.S. ATTORNEY  ANTONIO M. POZOS

__/INTERPRETER _____
(Interpreter designated by the Court and sworn. Time _____ M. to _____ M.)

X/GOVERNMENT WITNESS(ES)  Inspector Brad Yuel; sworn + testified

X/DEFENSE WITNESS(ES)  Stephen Garcia; sworn + testified.

X Court's witness: Rodd Felix; sworn + testified.

MJSTAR 02:15

CHAD ALLEN SCOTT                                   17-181 H

   DEFENDANT                                        CASE NO.

**THE COURT ORDERS AFTER HEARING TESTIMONY PRESENTED IN THE ABOVE CAPTIONED MATTER:**

$200,000.00 unsecured and

_X_ DEFENDANT IS ENTITLED TO RELEASE. BOND SET AT $100,000.00 personal surety bond (Surety Anita Scott)

SPECIAL CONDITIONS: (1) HE SHALL NOT COMMIT A FEDERAL, STATE OR LOCAL CRIME DURING THE PERIOD OF RELEASE; (2) HE SHALL NOT INTERFERE WITH, INTIMIDATE, THREATEN, HARM, OR INFLUENCE ANY JUROR, GOVERNMENT WITNESSES, VICTIMS OR FEDERAL AGENTS.

See attached for additional conditions of release.

_X_ DEFENDANT EXECUTED THE BOND AND WAS RELEASED.

___/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL UNTIL BOND IS PERFECTED.

___/ DEFENDANT IS NOT ENTITLED TO RELEASE.

___/ DEFENDANT IS ORDERED DETAINED AND REMANDED TO THE CUSTODY OF THE U.S. MARSHAL.

___/ WRITTEN FINDINGS AND STATEMENT OF REASONS ORDERING DETENTION FILED.

___/ IT IS STIPULATED THAT IF THE AGENT WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN THE COMPLAINT/AFFIDAVIT.

___/ IT IS STIPULATED THAT IF THE PRETRIAL SERVICES/PROBATION OFFICER WERE CALLED TO TESTIFY, SAID TESTIMONY WOULD BE CONSISTENT WITH THAT CONTAINED IN HIS/HER REPORT.

___/ THE DEFENDANT WAIVED/STIPULATED TO DETENTION RESERVING HIS/HER RIGHT TO REOPEN

___/ OTHER: _____

_JVM_

DEFENDANT'S NAME: <u>CHAD ALLEN SCOTT</u>       CASE NO. <u>17-181 H</u>
ADDITIONAL CONDITIONS OF RELEASE

Third Party Custodian: _____

The defendant must:

_X_ submit to supervision by and report for supervision to the <u>US PROBATION OFFICER (USPO)</u>

____ continue to actively seeking employment

_X_ surrender any passport to <u>USPO</u>

_X_ not obtain a passport or other international travel document

_X_ abide by the following restrictions: Continental U.S. _____ EDLA _____ LA _X_
Other <u>Continental U.S. with prior approval of USPO</u>

_X_ avoid all contact with (victim)/(witness) _&_ co–defendants _X_

Other _____

____ medical or psychiatric treatment if directed by Pretrial Services

_X_ not possess firearm, destructive device or other weapon

____ not use alcohol: at all _____ excessively _____

____ not use or unlawfully possess narcotic drug/controlled substances

____ submit to testing for a prohibited substance if required by Pretrial Services

____ participate in inpatient/outpatient substance abuse therapy/counseling if directed by Pretrial Services

____ participate in location restriction program: _____ (i) Curfew
                                                  _____ (ii) Home Detention
                                                  _____ (iii) Home Incarceration

____ submit to location monitoring as directed by Pretrial Services

_X_ report every contact with law enforcement personnel to Pretrial Services

_X_ Other(s): <u>See attached for additional conditions of release</u>

_____
_____
_____
_____

*JVM*

# Attachment

Bond Conditions for Chad Allen Scott

- Refrain from acting in any capacity as a law enforcement officer
- Return all law enforcement credentials, badges, uniforms, vehicles, or other items that identify you as a law enforcement officer
- Do not obtain any new employment as a law enforcement officer, correctional officer, or security officer